**DISMISSED; Opinion Filed October 29, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00442-CV

**ADVANTIX DIGITAL LLC F/K/A ADVANTIX INTERNET MARKETING, LLC,
Appellant
V.
JHP HOLDINGS LLC AND JOHN H. PHILLIPS, Appellees**

**On Appeal from the 44th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-16-01235**

## MEMORANDUM OPINION

Before Justices Myers, Osborne, and Nowell
Opinion by Justice Myers

Appellant's brief is overdue. On September 25, 2019, we directed appellant to file its brief

by October 7, 2019. We cautioned appellant that failure to file a brief by that date would result in

the dismissal of this appeal without further notice. To date, appellant has not filed its brief.

Accordingly, we dismiss this appeal. TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).


/Lana Myers/
LANA MYERS
JUSTICE

190442F.P05



# Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

ADVANTIX DIGITAL LLC, F/K/A
ADVANTIX INTERNET MARKETING,
LLC, Appellant

No. 05-19-00442-CV     V.

JHP HOLDINGS LLC AND JOHN H.
PHILLIPS, Appellees

On Appeal from the 44th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-16-01235.
Opinion delivered by Justice Myers,
Justices Osborne and Nowell participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellees JHP Holdings LLC and John H. Phillips recover their costs of this appeal from appellant Advantix Digital LLC, f/k/a Advantix Internet Marketing, LLC.

Judgment entered this 29th day of October, 2019.